UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HALL, on behalf of himself and all others similarly situated, | Case No. 1:22-cv-06933 |
| Plaintiff, | Hon. Mary M. Rowland |
| v. | |
| CAMPING WORLD HOLDINGS, INC., aka CWI, INC., aka CWGS GROUP, LLC, dba CWGS ENTERPRISES, LLC, dba GANDER RV, dba GANDER OUTDOORS, dba CAMPING WORLD, dba GOOD SAM, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Hall hereby gives notice that his claims in this action against Defendant Camping World Holdings, Inc. aka CWI, Inc., aka CWGS Group, LLC, dba CWGS Enterprises, LLC, dba Gander RV, dba Gander Outdoors, dba Camping World, dba Good Sam, are hereby voluntarily dismissed without prejudice.

Dated: May 30, 2023

Respectfully submitted,

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, ARDC No. 6340331
Raina C. Borrelli
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

2

*Attorneys for Plaintiff and the Proposed Class*

Case: 1:22-cv-06933 Document #: 11 Filed: 05/30/23 Page 2 of 3 PageID #:50

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through the system.

                                          By: */s/ Samuel J. Strauss*
                                                  Samuel J. Strauss, ARDC No. 6340331
                                                  Raina C. Borrelli
                                                  TURKE & STRAUSS LLP
                                                  613 Williamson St., Suite 201
                                                  Madison, WI 53703
                                                  Telephone (608) 237-1775
                                                  Facsimile: (608) 509-4423
                                                  sam@turkestrauss.com
                                                  raina@turkestrauss.com